Michael A. Pope, ISB No. 6267
THE HOPP LAW FIRM, LLC
250 South 5th Street, 2nd Floor
Boise, Idaho 83702
Telephone: (208) 947-0838
Fax: (303) 531-2174
E-mail: m.pope@hopplawfirm.com

Attorneys for Plaintiff Commonwealth Land Title Insurance Company

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| COMMONWEALTH LAND TITLE INSURANCE COMPANY, a Nebraska Corporation, Subrogee of KM Construction Lending, LLC, Subrogor,<br><br>      Plaintiff,<br>v.<br>JON NISHIKAWA, an Individual, CAMERON BALDWIN, an Individual, IDAHO APPRAISAL COMPANY, an Idaho Corporation, KEITH C. KLAHR, an Individual, and TITLEONE CORPORATION, an Idaho Corporation,<br>      Defendants. | Case No. 10-00003-REB<br><br>**NOTICE OF DISMISSAL OF DEFENDANT KEITH C. KLAHR ONLY** |

COMES NOW Plaintiff Commonwealth Land Title Insurance Company, by and through its attorneys of record, The Hopp Law Firm, LLC, pursuant to FED R. CIV. P. 41(a)(1)(A)(i), and hereby advises the Court that no Answer or Motion for Summary Judgment have been filed by Defendant Keith C. Klahr in the above matter and that this matter may be dismissed without prejudice against Defendant Keith C. Klahr only.

**NOTICE OF DISMISSAL OF DEFENDANT KEITH C. KLAHR ONLY - 1**    3874.005

DATED this 3rd day of March 2010.

                    THE HOPP LAW FIRM, LLC

                    _____/s/_____
                    Michael A. Pope
                    Attorneys for Plaintiff Commonwealth Land
                    Title Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of March 2010, a true and correct copy of the foregoing document was served upon the following persons in the manner indicated below:

BY ELECTRONIC NOTICE OR BY FIRST CLASS MAIL

Richard A. Cummings
CUMMINGS LAW OFFICES
412 East Parkcenter Boulevard, Suite 325
P.O. Box 1545
Boise, Idaho 83701
rcummings@cummingslawidaho.com
Attorneys for Defendant Keith C. Klahr

Thomas E. Dvorak
Angela M. Reed
GIVENS PURSLEY, LLP
601 West Bannock Street
P.O. Box 2720
Boise, Idaho 83701
ted@givenspursley.com
angelareed@givenspursely.com
s274@givenspursley.com
Attorneys for Defendant TitleOne Corporation


                    _____/s/_____
                    Michael A. Pope

**NOTICE OF DISMISSAL OF DEFENDANT KEITH C. KLAHR ONLY - 2**      3874.005