Jon T. Simmons, ISB No. 5006
ELLSWORTH, KALLAS, TALBOY,
& DEFRANCO, P.L.L.C.
1031 E. Park Boulevard
Boise, ID 83712
Phone: (208) 336-1843
Fax: (208) 345-8945
Email: jts@greyhawklaw.com

Attorneys for Defendants
Jon Nishikawa, Cameron Baldwin, and Idaho Appraisal Company

IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT

OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | | |
|---|---|---|
| COMMONWEALTH LAND TITLE INSURANCE COMPANY, a Nebraska corporation, subrogee of KM Construction Lending, LLC, subrogor, | ) ) ) ) ) | Case No. 10-03-S-REB |
| Plaintiff, | ) ) | DEFENDANTS' MOTION TO DISMISS |
| v. | ) ) | |
| JOHN NISHIKAWA, an individual; CAMERON BALDWIN, an individual; IDAHO APPRAISAL COMPANY, an Idaho corporation; KEITH C. KLAHR, an individual; and TITLEONE CORPORATION, an Idaho corporation, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

COME NOW Defendants Jon Nishikawa, Cameron Baldwin, and Idaho Appraisal Company ("Defendants"), by and through their counsel of record, Ellsworth, Kallas, Talboy & DeFranco,

DEFENDANTS' MOTION TO DISMISS - 1

P.L.L.C., pursuant to Rule 12(b)(6), Federal Rules of Civil Procedure, and hereby move the Court for an order dismissing Plaintiff's claims against them.

The grounds for this Motion, as more fully set forth in the accompanying memorandum, are that in light of the following, Plaintiff has failed to state a claim upon which relief can be granted:

1. Plaintiff has not alleged Defendants owed a duty to Plaintiff that was breached;

2. The appraisal report was expressly limited to an intended user other than Plaintiff, and any reliance by Plaintiff on the appraisal so limited was unreasonable as a matter of law;

3. The appraisal report expressly disclaims any responsibility of Defendants to discover and disclose any hidden or unapparent adverse conditions affecting the property; and

4. In any event, Plaintiff cannot, as a matter of law, establish that it was reasonable for a title insurance company to rely upon a residential appraisal to determine the existence or non-existence of any non-visible easements of record.

This Motion is based upon and supported by the Memorandum in support and Affidavit of Cameron Baldwin, both filed concurrently herewith.

DATED this 9th day of March, 2010.

          Ellsworth, Kallas, Talboy & DeFranco, P.L.L.C.


          By /s/ Jon T. Simmons
             Jon T. Simmons
             Attorneys for Defendants Jon Nishikawa,
             Cameron Baldwin, and Idaho Appraisal Company

DEFENDANTS' MOTION TO DISMISS - 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of March, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

>Michael A. Pope
>The Hopp Law Firm
>250 South 5th Street, 2nd Floor
>Boise, ID  83702
>[Attorneys for Plaintiff]

>Richard A. Cummings
>Cummings Law Offices
>412 E. Parkcenter Boulevard, Suite 325
>P.O. Box 1545
>Boise, ID  83701
>[Attorneys for Keith Klahr]

>Thomas E. Dvorak
>Givens Pursley LLP
>601 West Bannock Street
>P.O. Box 2720
>Boise, ID  83701-2720
>[Attorneys for Defendant TitleOne Corporation]

/s/ Jon T. Simmons
Jon T. Simmons