Jon T. Simmons, ISB No. 5006
ELLSWORTH, KALLAS, TALBOY, & DEFRANCO, P.L.L.C.
1031 E. Park Boulevard
Boise, ID 83712
Phone: (208) 336-1843
Fax: (208) 345-8945
Email: jts@greyhawklaw.com

Attorneys for Defendants
Jon Nishikawa, Cameron Baldwin, and Idaho Appraisal Company

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| COMMONWEALTH LAND TITLE INSURANCE COMPANY, a Nebraska corporation, subrogee of KM Construction Lending, LLC, subrogor,<br><br>                  Plaintiff,<br><br>v.<br><br>JON NISHIKAWA, an individual; CAMERON BALDWIN, an individual; IDAHO APPRAISAL COMPANY, an Idaho corporation; KEITH C. KLAHR, an individual; and TITLEONE CORPORATION, an Idaho corporation,<br><br>                  Defendants. | Case No. 1:10-CV-00003-BLW<br><br>DEFENDANTS JON NISHIKAWA, CAMERON BALDWIN, AND IDAHO APPRAISAL COMPANY'S MOTION FOR SUMMARY JUDGMENT |

      COME NOW Defendants Jon Nishikawa, Cameron Baldwin, and Idaho Appraisal Company (collectively, the "Moving Defendants"), by and through their counsel of record, Ellsworth, Kallas, Talboy & DeFranco, P.L.L.C., and pursuant to Rule 56, Federal Rules of Civil Procedure, and DIST.

DEFENDANTS JON NISHIKAWA, CAMERON BALDWIN, AND IDAHO APPRAISAL COMPANY'S MOTION FOR SUMMARY JUDGMENT - 1

IDAHO LOC. CIV. R. 7.1, hereby move the Court for an order granting the Moving Defendants summary judgment on all claims brought against them in Plaintiff's Complaint.  This motion is based upon the fact that there is no genuine issue of material fact regarding the Plaintiff's claims, and the Moving Defendants are entitled to judgment as a matter of law.

This motion is supported by the Memorandum of Points and Authorities in Support of Defendants' Motion for Summary Judgment, Defendants' Statement of Undisputed Material Facts, the Declaration of Cameron Baldwin in Support of Motion for Summary Judgment, and the Declaration of Jon Nishikawa in Support of Motion for Summary Judgment, all filed concurrently herewith, as well as the pleadings and records on file herein.

Oral argument is requested.

DATED this 8th day of December, 2010.

                                       Ellsworth, Kallas, Talboy & DeFranco, P.L.L.C.


                                       By  _/s/ Jon T. Simmons_  
                                           Jon T. Simmons  
                                      Attorneys for Defendants Jon Nishikawa,  
                                      Cameron Baldwin, and Idaho Appraisal Company

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 8th day of December, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

    Michael A. Pope
    The Hopp Law Firm
    250 South 5th Street, 2nd Floor
    Boise, ID  83702
    [Attorneys for Plaintiff]

    Thomas E. Dvorak
    Givens Pursley LLP
    601 West Bannock Street
    P.O. Box 2720
    Boise, ID  83701-2720
    [Attorneys for Defendant TitleOne Corporation]

                                           /s/  Jon T. Simmons
                                          Jon T. Simmons