Michael A. Pope, ISB No. 6267
THE HOPP LAW FIRM, LLC
250 South 5th Street, 2nd Floor
Boise, Idaho 83702
Telephone: (208) 947-0838
Fax: (303) 531-2174
E-mail: m.pope@hopplawfirm.com

Attorneys for Plaintiff Commonwealth Land Title Insurance Company

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| COMMONWEALTH LAND TITLE INSURANCE COMPANY, a Nebraska Corporation, Subrogee of KM Construction Lending, LLC, Subrogor,<br>Plaintiff,<br>v.<br>JON NISHIKAWA, an Individual, CAMERON BALDWIN, an Individual, IDAHO APPRAISAL COMPANY, an Idaho Corporation, and TITLEONE CORPORATION, an Idaho Corporation,<br>Defendants. | Case No. 10-00003-BLW |

**STIPULATION FOR DISMISSAL WITH PREJUDICE
OF DEFENDANT TITLEONE CORPORATION ONLY**

COMES NOW Plaintiff Commonwealth Land Title Insurance Company, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby advises the Court that the parties stipulate and agree that this matter may be dismissed with prejudice as to Defendant TitleOne Corporation only on the grounds that the matters alleged in the Complaint against Defendant TitleOne Corporation have been resolved. It is also agreed that the parties will be responsible for their own costs and fees associated with this matter.

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT TITLEONE
CORPORATION ONLY - 1**
3874.005

DATED this 29th day of December 2010.

                THE HOPP LAW FIRM, LLC

                */s/ Michael A. Pope*
                Michael A. Pope
                Attorneys for Plaintiff Commonwealth Land Title Insurance Company

DATED this _____ day of December 2010.

                ELLSWORTH, KALLAS, TALBOY, & DeFRANCO, P.L.L.C.

                Jon T. Simmons
                Attorneys for Defendants Jon Nishikawa, Cameron Baldwin, and Idaho Appraisal Company

DATED this _____ day of December 2010.

                GIVENS PURSELY, LLP

                Thomas E. Dvorak
                Angela M. Reed
                Attorneys for Defendant TitleOne Corporation

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT TITLEONE CORPORATION ONLY - 2**

                3874.005

DATED this _____ day of December 2010.

                    THE HOPP LAW FIRM, LLC

                    _____
                    Michael A. Pope
                    Attorneys for Plaintiff Commonwealth Land Title Insurance Company

DATED this _____ day of December 2010.

                    ELLSWORTH, KALLAS, TALBOY, & DeFRANCO, P.L.L.C.

                    /s/ J. C.
                    Jon T. Simmons
                    Attorneys for Defendants Jon Nishikawa, Cameron Baldwin, and Idaho Appraisal Company

DATED this _____ day of December 2010.

                    GIVENS PURSELY, LLP

                    _____
                    Thomas E. Dvorak
                    Angela M. Reed
                    Attorneys for Defendant TitleOne Corporation

DATED this _____ day of December 2010.

                                  THE HOPP LAW FIRM, LLC

                                  _____
                                  Michael A. Pope
                                  Attorneys for Plaintiff Commonwealth Land
                                  Title Insurance Company

DATED this _____ day of December 2010.

                                  ELLSWORTH, KALLAS, TALBOY, &
                                  DeFRANCO, P.L.L.C.

                                  _____
                                  Jon T. Simmons
                                  Attorneys for Defendants Jon Nishikawa,
                                  Cameron Baldwin, and Idaho Appraisal
                                  Company

DATED this 20th day of December 2010.

                                  GIVENS PURSLEY, LLP

                                  _/s/ Thomas E. Dvorak_____
                                  Thomas E. Dvorak
                                  Angela M. Reed
                                  Attorneys for Defendant TitleOne
                                  Corporation