Michael A. Pope, ISB No. 6267
THE HOPP LAW FIRM, LLC
250 South 5th Street, 2nd Floor
Boise, Idaho 83702
Telephone: (208) 947-0838
Fax: (303) 531-2174
E-mail: m.pope@hopplawfirm.com

Attorneys for Plaintiff Commonwealth Land Title Insurance Company

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| COMMONWEALTH LAND TITLE INSURANCE COMPANY, a Nebraska Corporation, Subrogee of KM Construction Lending, LLC, Subrogor,<br><br>                  Plaintiff,<br>v.<br>JON NISHIKAWA, an Individual, CAMERON BALDWIN, an Individual, IDAHO APPRAISAL COMPANY, an Idaho Corporation,<br>                  Defendants. | Case No. 10-00003-BLW |

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT FILED BY DEFENDANTS JON NISHIKAWA, CAMERON BALDWIN, AND IDAHO APPRAISAL COMPANY**

COME NOW the parties to this action, by and through their respective undersigned counsel, and hereby stipulate and agree that Plaintiff Commonwealth Land Title Insurance Company have an extension of time, until **Friday, January 21, 2011**, in which to file its Response to the Motion for Summary Judgment filed by defendants Jon Nishikawa, Cameron Baldwin, and Idaho Appraisal Company in this matter. The parties are negotiating a possible settlement to this matter and the additional time to respond will allow these negotiations to continue without the need to file a Response due January 14, 2011.

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT FILED BY DEFENDANTS JON NISHIKAWA, CAMERON BALDWIN, AND IDAHO APPRAISAL COMPANY - 1**          3874.005

DATED this 13th day of January 2011.

          THE HOPP LAW FIRM, LLC

          *Michael A. Pope*
          Michael A. Pope
          Attorneys for Plaintiff Commonwealth Land
          Title Insurance Company

DATED this _____ day of January 2011.

          TALBOY SIMMONS PA

          _____
          Jon T. Simmons
          Attorneys for Defendants Jon Nishikawa, Cameron Baldwin, and Idaho Appraisal Company

DATED this _____ day of January 2011.

                    THE HOPP LAW FIRM, LLC

                    _____
                    Michael A. Pope
                    Attorneys for Plaintiff Commonwealth Land Title Insurance Company

DATED this 12th day of January 2011.

                    TALBOY SIMMONS PA

                    _____
                    Jon T. Simmons
                    Attorneys for Defendants Jon Nishikawa, Cameron Baldwin, and Idaho Appraisal Company