UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| COMMONWEALTH LAND TITLE INSURANCE COMPANY, a Nebraska Corporation, Subrogee of KM Construction Lending, LLC, Subrogor,<br><br>Plaintiff,<br><br>v.<br><br>JON NISHIKAWA, an individual, CAMERON BALDWIN, an individual, IDAHO APPRAISAL COMPANY, an Idaho Corporation,<br><br>Defendants. | Case No. 1:10-CV-003-BLW<br><br>**ORDER** |

The Court has before it the parties' Stipulation for Dismissal With Prejudice of Defendant Jon Nishikawa, Cameron Baldwin, and Idaho Appraisal Company (Dkt. 61). Good cause appearing, the Court will grant the motion and dismiss the claims against Jon Nishikawa, Cameron Baldwin, and Idaho Appraisal Company.

**ORDER**

**IT IS ORDERED:**

1. The parties' Stipulation for Dismissal With Prejudice of Defendant Jon Nishikawa, Cameron Baldwin, and Idaho Appraisal Company (Dkt. 61) is

**GRANTED**. The claims against Defendants Jon Nishikawa, Cameron Baldwin, and Idaho Appraisal Company shall be dismissed with prejudice.

2. The Court will enter a separate judgment in accordance with Federal Rule of Civil Procedure 58.

DATED: **March 1, 2011**

B. LYNN WINMILL
Chief U.S. District Court Judge