UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| COMMONWEALTH LAND TITLE INSURANCE COMPANY, a Nebraska Corporation, Subrogee of KM Construction Lending, LLC, Subrogor,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JON NISHIKAWA, an individual, CAMERON BALDWIN, an individual, IDAHO APPRAISAL COMPANY, an Idaho Corporation,<br><br>　　　　　　Defendants. | Case No. 1:10-CV-003-BLW<br><br>**JUDGMENT** |

　　In accordance with the Order entered concurrently herewith, the Court enters the following judgment:

　　**IT IS ORDERED, ADJUDGED AND DECREED** that this case be dismissed in its entirety with prejudice.

　　　　　　　　　　　　　　　　　DATED:  **March 1, 2011**

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　B. LYNN WINMILL
　　　　　　　　　　　　　　　　　Chief U.S. District Court Judge

**JUDGMENT - 1**